AO 467 (Rev. 01/09; CAND version 05/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 5:23-mj-70942-MAG   Document 6   Filed 06/28/23   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>BIAO QU,<br><br>      Defendants. | Case No.  23-mj-70942-MAG-1  (VKD)<br><br>Charging District:  District of Columbia<br><br>Charging District's Case No.:<br><br>1:23-mj-00135 GMH |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: District of Columbia District Court<br>E. Barrett Prettyman United States Courthouse<br>333 Constitution Avenue, N.W.,<br>Room 1225<br>Washington, DC 20001 | Court:  Magistrate Judge Michael G. Harvey |
|---|---|
| | Date and Time:<br><br>June 29, 2023, at 10:00 AM (PST) via Zoom<br><br>1:00 PM (EST) |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: June 28, 2023

_Virginia K. DeMarchi_
Virginia K. DeMarchi
United States District Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19